UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Monika A. Sommers, ) | CASE NO. 1:09 CV 1183 |
| ) | |
| Plaintiff, ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| Vs. ) | |
| ) | |
| Commissioner of Social Security, ) | **Memorandum of Opinion and Order** |
| ) | |
| Defendant. ) | |

This matter is before the Court upon the Report and Recommended Decision ("R&R") of Magistrate Judge William H. Baughman, Jr., recommending that plaintiffs' request for fees be granted in part. Magistrate Baughman recommends that fees be awarded in the amount of $4,171.11[1] to plaintiff's counsel pursuant to the Equal Access to Justice Act. In addition, the Magistrate Judge recommends awarding expenses in the amount of $32. No objections have been filed. Accordingly, having reviewed the R&R and finding no clear error, the Court hereby

---

[1] Plaintiff requested fees in the amount of $5,169.04. The Magistrate Judge recommends reducing the attorney hours by 5.6 at a rate of 174.63 per hour.

1

ACCEPTS the Magistrate Judge's recommendation and awards attorneys' fees in the amount of $4,171.11 and expenses in the amount of $32, payable jointly to plaintiff and her counsel.

      IT IS SO ORDERED.

          /s/ Patricia A. Gaughan
         PATRICIA A. GAUGHAN
         United States District Judge

Dated: 11/4/11